UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
Southern Division – Santa Ana

| | |
|---|---|
| Kenneth Munoz, an Individual, Marina Munoz, an Individual, and Kenneth Munoz and Marina Munoz on behalf of their minor children, KM, XM, YM, and ZM<br><br>Plaintiffs,<br><br>v.<br><br>PAULINE WONG, an individual; PAULINE WONG dba LW REALTY; STANLEY Y. LAU and PAULINE WONG LAU, Trustees or Any Successors Trustee(s) in Trust, for the Lau Family Revocable Living Trust, UDT 12.18.07, and DOES 10, inclusive<br><br>Defendants. | Case No: 8:19-cv-00683-JLS-ADS<br><br>**JUDGMENT** |

The Court having granted Plaintiffs' Unopposed Motion to Approve the Settlement and Compromise of Minors' Claims (Doc. 58) **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The settlement and compromise of the claims of Minor Plaintiff, KM for the total amount indicated on PLAINTIFFS' under seal filing (Doc. 56) is **APPROVED.**

2. The settlement and compromise of the claims of Minor Plaintiff, XM for the total amount indicated on PLAINTIFFS' under seal filing (Doc. 56) is **APPROVED.**

3. The settlement and compromise of the claims of Minor Plaintiff, YM for the total amount indicated on PLAINTIFFS' under seal filing (Doc. 56) is **APPROVED.**

4. The settlement and compromise of the claims of Minor Plaintiff, ZM for the total amount indicated on PLAINTIFFS' under seal filing (Doc. 56) is **APPROVED.**

5. Within three (3) calendar days of receipt of the Gross Settlement Amount (Doc. 56), Plaintiffs, Kenneth and Marina Munoz shall coordinate and set up an interest-bearing, blocked account for each of the Minor Plaintiffs, distribute the amounts indicated for each of the Minor Plaintiffs into their respective interest bearing, blocked accounts, and deliver a copy of this Judgment to Wells Fargo Bank.

6. The Minor Plaintiffs will incur none of the costs associated with setting up interest-bearing, blocked accounts at Wells Fargo Bank. Any associated costs shall be borne by Plaintiffs, Kenneth and Marina Munoz.

7. The interest-bearing, blocked accounts at Wells Fargo Bank shall belong separately to each of the Minor Plaintiffs.

8. No withdrawal of principal or interest may be made from the interest bearing, blocked accounts without a written order under this case name and number signed by a Judge, and bearing the seal of this Court, until the minors attain the age of eighteen (18) years. When the Minor Plaintiffs attain the age of eighteen (18) years, the depository at Wells Fargo Bank, without further order of the Court, is authorized and directed to pay by check or draft directly to the former minor, upon proper written demand, all moneys including interest deposited under this Judgment.

9. Plaintiffs, Kenneth and Marina Munoz are authorized and directed to execute any and all documents necessary to carry out the terms of the Settlement of this case; and this Judgment.

DATED: April 16, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE