UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Southern Division – Santa Ana

| | |
|---|---|
| Kenneth Munoz, an Individual, Marina Munoz, an Individual, and Kenneth Munoz and Marina Munoz on behalf of their minor children, KM, YM, XM, and ZM<br><br>Plaintiffs,<br><br>v.<br><br>PAULINE WONG, an individual; PAULINE WONG dba LW REALTY; STANLEY Y. LAU and PAULINE WONG LAU, Trustees or Any Successors Trustee(s) in Trust, for the Lau Family Revocable Living Trust, UDT 12.18.07, and DOES 10, inclusive<br><br>Defendants. | Case No: 8:19-cv-00683-JLS-ADS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

The Joint Stipulation of Dismissal is approved. The case captioned as <u>Kenneth Munoz, et al vs. Pauline Wong, et al</u> (Case No. 8:19-cv-00683-JLS-ADS) is hereby dismissed with prejudice.

DATED: May 04, 2021

                                              HON. JOSEPHINE L. STATON
                                              UNITED STATES DISTRICT JUDGE